**Order entered May 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00090-CR

### DAVID BRIAN NEFF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82288-2018**

## ORDER

The reporter's record, requested on January 18, 2019, was due March 10, 2019. When it was not filed, we notified court reporter Kimberly Tinsley by postcard dated March 13, 2019 that it was overdue and directed her to file the reporter's record by April 12, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Tinsley.

We **ORDER** the complete reporter's record filed within **TWENTY DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Tinsley that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure this appeal proceeds in a more timely fashion, which may include ordering that she not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court; Kimberly Tinsley, official court reporter, 401st Judicial District Court; and to counsel for all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE